John Burton, State Bar No. 86029
jb@johnburtonlaw.com
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 449-8300

Attorneys for Plaintiffs Hasmik Jasmine Chinaryan,
Individually and as Guardian as Litem for NEC, a Minor,
and Mariana Manukyan,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASMIK JASMINE CHINARYAN, Individually and as Guardian as Litem for NEC, a Minor, and MARIANA MANUKYAN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES,<br><br>Defendant. | Case No. 2:19-cv-09302 MCS (Ex)<br><br>**JOINT STATUS REPORT RE SETTLEMENT**<br><br>Before Judge Mark C. Scarsi<br><br>**Pretrial Conference:**<br><br>Date: August 9, 2021<br>Time: 2:00 p.m.<br><br>**Trial:**<br><br>Date: August 23, 2021<br>Time: 8:30 a.m. |

The parties conducted a mediation on May 20, 2021, with Richard Copeland, Esq. The case did not settle. Counsel for the parties discussed settlement at the Rule 16 conference. Settlement is not likely.

Dated: July 13, 2021          THE LAW OFFICES OF JOHN BURTON

By:     /s/ John Burton
           John Burton
           Attorneys for Plaintiffs

Dated: July __, 2021

**MICHAEL N. FEUER**, City Attorney
**KATHLEEN A. KENEALY**, Chief Asst City Attorney
**SCOTT MARCUS**, Chief, Civil Litigation Branch
**CORY M. BRENTE**, Senior Assistant City Attorney
**TY A. FORD**, Deputy City Attorney

By: /s/Ty A. Ford
Ty A. Ford
Attorneys for Defendants

John Burton attests that the other signatory listed, and on whose behalf the filing is submitted, concurs in the filing's content and has authorized its filing.

Dated: July ___, 2021     THE LAW OFFICES OF JOHN BURTON

By: /s/ John Burton
John Burton
Attorneys for Plaintiffs