**MICHAEL N. FEUER**, City Attorney (SBN 111529x)
**KATHLEEN A. KENEALY**, Chief Deputy City Attorney (SBN 212289)
**SCOTT MARCUS**, Senior Assistant City Attorney (SBN 184980)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**TY A. FORD**, Deputy City Attorney (SBN 218365)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7047
Fax No.:    (213) 978-8785
Email: ty.ford@lacity.org

*Attorneys for Defendants* **CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASMIK JASMINE CHINARYAN, Individually and as Guardian ad Litem for NEC, a Minor, and MARIANA MANUYAN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, LOS ANGLES POLICE DEPARTMENT, CHIEF OF POLICE MICHEL MOORE, SERGEANT FRED CUETO, OFFICERS ROMERO GONZALEZ, MARIO MENSES, JEFF RODD, RODRIGO SORIA, AIRAM POTTER, DANIEL MARTINEZ, DANIEL GAYTON, EDUARDO PICHE, BRITTANY OKE, and DOES 8-10,<br><br>Defendants. | **CASE NO. 2:19-cv-9302 MCS (Ex)**<br>[Assigned to Hon. Mark C. Scarsi, USDC-1st Cthse., Ctrm. 7C; Magistrate Eick, Roybal-Cthse, Ctrm. 750]<br><br>**JOINT EXHIBIT LIST**<br><br><br>**FINAL PRE-TRIAL CONFERENCE**<br>DATE:   August 9, 2021<br>CTRM:  7C<br>TIME:   2:00 p.m.<br><br>**TRIAL**<br>DATE:   August 24, 2021<br>CRTM:  7C<br>TIME:    8:30 a.m. |

COMES NOW Plaintiffs HASMIK JASMINE CHINARYAN, Individually and as Guardian ad Litem for NEC, a Minor, and MARIANA MANUYAN; and Defendants CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT; and submit their Joint Exhibit List as follows:

1

| Exhibit Number | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1 | LAPD Stolen Vehicle Report (DEF 076-077) | | | |
| 2 | LAPD Radio Traffic (audio file) | | | |
| 2(a) | Transcript of excerpts of LAPD Radio Traffic audio file | | | |
| 3 | Incident Recall document (DEF 001-004) | | | |
| 4 | MDC Printouts (DEF 005-010) | | | |
| 5 | LAPD Recovered Vehicle Report (DEF 080-082) | | | |
| 6 | BWV – Sgt. Cueto (DEF 044) | | | |
| 7 | BWV – Officer Meneses #1 (DEF 048) | | | |
| 8 | BWV – Officer Meneses #2 (DEF 049) | | | |
| 9 | BWV – Officer Gonzalez (DEF 046) | | | |
| 10 | BWV – Officer Primo (DEF 043) | | | |
| 11 | BWV – Officer Potter (DEF 053) | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 12 | BWV – Officer Rood#1 (DEF 054) | | | |
| | 13 | BWV – Officer Rood #2 (DEF 055) | | | |
| | 14 | BWV – Officer Soria #1 (DEF 56) | | | |
| | 15 | BWV – Officer Soria #2 (DEF 057) | | | |
| | 16 | BWV – Officer Gayton (DEF 045) | | | |
| | 17 | BWV – Officer Martinez (DEF 047) | | | |
| | 18 | BWV – Officer Piche (DEF 051) | | | |
| | 19 | BWV – Officer Neighbors (DEF 050) | | | |
| | 20 | DICV – Sgt. Cueto (DEF 063) | | | |
| | 21 | DICV – Meneses/Gonzalez (DEF 059) | | | |
| | 22 | DICV – Primo/Piche (DEF 062) | | | |
| | 23 | DICV – Potter/Martinez (DEF 060) | | | |
| | 24 | DICV – Rood/Soria (DEF 058) | | | |
| | 25 | DICV – Gayton/Neighbo | | | |

Case 2:19-cv-09302-MCS-E   Document 85   Filed 07/19/21   Page 4 of 7   Page ID #:1376

| # | Description | | Notes | | |
|---|---|---|---|---|---|
| | rs (DEF 061) | | | | |
| 26 | CAD Summary Reports (DEF 011-017) | | | | |
| 27 | LAPD Manual Excerpts (DEF 018-020) | | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | | |
| 28 | LAPD Training Bulletin – Legal Contacts with the Public (DEF 021-029) | | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | | |
| 29 | LAPD Training Bulletin – Personal Searches, High Risk Prone Search (DEF 030-035) | | | | |
| 30 | LAPD Training Bulletin – Handcuffing (DEF 036-039) | | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | | |
| 31 | LAPD Training Bulletin – Personal Searches, The Pat Down Search (DEF 040-043) | | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | | |
| 32 | LAPD Property Report (DEF 064-066) | | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | | |
| 33 | Sgt. Cueto's Daily Report | | Marked for ID. The parties will attempt to | | |

| | | | | | |
|---|---|---|---|---|---|
| | | (DEF 067-069) | reach agreement on which portions, if any, should go to the jury | | |
| | 34 | LAPD Training Bulletin – Stolen Vehicle Recovery Network– (DEF 070-075) | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | | |
| | 35 | Misc. LAPD documents related to recovered vehicle (DEF 076-082) | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | | |
| | 36 | Excerpts from POST LD 22 re: "Tactical Considerations for High-Risk Vehicle Pullovers" (MSJ Ex. "N") | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | | |
| | 37 | Interrogatory Responses - Chinaryan | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | | |
| | 38 | Interrogatory Responses - NEC | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | | |
| | 39 | Interrogatory Responses – Manukyan | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | | |
| | 40 | Defense Expert Designation and Rule 26 Report, | Marked for ID. The parties will attempt to reach agreement on | | |

| | | | |
|---|---|---|---|
| | CV, etc. – Ed Flosi | which portions, if any, should go to the jury | |
| 41 | Plaintiffs' Expert Rule 26 Report, CV, etc. – Jeff Noble | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | |
| 42. | Proof of Insurance | | |
| 43. | Vehicle Registration | | |
| 44. | Officer Meneses' Card left with Plaintiffs | | |
| 45. | Event 4 Traffic Enforcement LD22 (Kukla Ex 2) | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | |
| 46. | Event 4 Traffic Enforcement LD22 (Kukla Ex 3) | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | |
| 47. | LAPD Use of Force Policy 556 (Kukla Ex. 4) | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | |
| 48. | LAPD Firearms and Tactics Section – Firearms Safety Rules (DEFT 2021 in Villegas) | | |
| 49. | LAPD Firearms and Tactics Section – Low Ready Position | | |

6

| | | | | |
|---|---|---|---|---|
| | (DEFT 2014 in Villegas) | | | |
| 50. | Peace Officer Standards and Training ("POST") Learning Domain 35, Firearms Safety (pp. 1-2 through 1-4) | | | |

Dated:  July 19, 2021          Respectfully submitted,

**MICHAEL N. FEUER**, City Attorney
**KATHLEEN A. KENEALY**, Chief Deputy City Atty.
**SCOTT MARCUS**, Senior Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By:  */s/ Ty A. Ford*
         **TY A. FORD**, Deputy City Attorney
*Attorneys for Defendants*
**CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, RAMIRO GONZALEZ, MARIO MENESES, FRED CUETO, DANIEL GAYTON, EDUARDO PICHE, AIRAM POTTER, JEFF ROOD, RODRIGO SORIA and BRITTANY PRIMO**

Dated:  July 19, 2021          Respectfully submitted,

THE LAW OFFICES OF JOHN BURTON

By:     */s/ John Burton*
         **JOHN BURTON**
*Attorneys for Plaintiffs*
**HASMIK JASMINE CHINARYAN, individually and on behalf of her daughter NEC, A MINOR, and MARIANA MANUKYAN**

7