John Burton, State Bar No. 86029
jb@johnburtonlaw.com
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, California 91103
Tel.: (626) 449-8300/Fax (626) 440-5968

Attorneys for Plaintiffs Hasmik Jasmine Chinaryan,
Individually and as Guardian as Litem for NEC, a Minor,
and Mariana Manukyan,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASMIK JASMINE CHINARYAN, Individually and as Guardian as Litem for NEC, a Minor, and MARIANA MANUKYAN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT,<br><br>Defendants. | Case No. 2:19-cv-09302 MCS (Ex)<br><br>**PLAINTIFFS' PROPOSED VOIR DIRE**<br><br>Before Judge Mark C. Scarsi<br><br>**Pretrial Conference:**<br><br>Date: August 9, 2021<br>Time: 2:00 p.m.<br><br>**Trial:**<br><br>Date: August 23, 2021<br>Time: 8:30 a.m. |

Plaintiffs respectfully requests that in addition to the Court's standard questions on voir dire, the Court consider the following questions:

1. Do you own firearms?
2. Have you had any special training in firearms?
3. Have you or any close to you ever been threatened or injured by a firearm?

4. Do you support any organization that either promotes the possession or use of firearms, or promotes laws limiting their possession or use?

5. Have you had any personal or professional contact with the City of Los Angeles, or anyone who works for the City, including the Los Angeles Police Department?

6. Is any member of your family or a close friend in police work, or any kind of security or law enforcement? If so, what is the work, and where? How close are you to that person? Has he or she ever talked about his or her work with you?

7. Have you ever contemplated working for law enforcement?

8. Have you ever been on a law enforcement ride-along or participated in any similar law-enforcement activity? If so, please explain.

9. Have you ever belonged to or made a financial contribution to any organization that represents law enforcement officers or that supports or promotes their interests? If so, please explain.

10. Have you or anyone close to you ever been the victim of, or a witness to, any type of crime? If so, please explain, including how you feel the police handled that situation?

11. Have you ever been detained or arrested, including for minor traffic violations?

12. Describe any positive experiences you or people close to you have had with law enforcement officers.

13. Describe any negative experiences you or people close to you have had with law enforcement officers.

14. What do you think about the idea of people suing law enforcement agencies?

15. Are you or anyone in your immediate family or among your close friends a judge, an attorney or an employee of a court or law office?

16. Have you, or anyone close to you, ever worked, studied or received any training in the law or a law-related field? If yes, please describe.

17. Have you or anyone close to you ever been a part of a lawsuit or trial in any capacity, including as a party, a witness, or an expert? If so, please explain how you feel about that experience.

18. Have you, or anyone close to you, ever sued or been sued by anyone, or considered suing someone but chose not to? If yes, please describe.

19. Do you have any strong personal feelings about awarding money, if the facts and the law warrant it, to compensate for emotional distress?

20. Is there other information you believe the Court or attorneys should know about you or your attitudes to issues in this case? If yes, please describe.

Respectfully submitted,

Dated: July 26, 2021            THE LAW OFFICES OF JOHN BURTON

                                By:     /S/ John Burton
                                        ─────────────────────
                                        John Burton
                                        Attorneys for Plaintiff