John Burton, State Bar No. 86029
THE LAW OFFICES OF JOHN BURTON
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 449-8300/Fax (626) 440-5968
Email: jb@johnburtonlaw.com

Attorneys for Plaintiffs

Michael N. Feuer, City Attorney – SBN 111529
Kathleen A. Kenealy, Chief Deputy City Attorney – SBN 212289
Scott Marcus, Senior Assistant City Attorney - SBN 184980
Cory M. Brente, Senior Assistant City Attorney – SBN 115453
Ty A. Ford, Deputy City Attorney – SBN 218365
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Telephone: (213) 978-7027/ Fax: (213) 978-8785
Email: ty.ford@lacity.org

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASMIK JASMINE CHINARYAN, Individually and as Guardian ad Litem for NEC, a Minor, and MARIANA MANUKYAN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT,<br><br>Defendants. | **CASE NO.  2:19-cv-9302 MCS (Ex)**<br><br>[Assigned to Hon. Mark C. Scarsi, USDC-1st Cthse., Ctrm. 7C; Magistrate Eick, Roybal-Cthse, Ctrm. 750]<br><br>**JOINT STATEMENT OF THE CASE**<br><br>**FINAL PRE-TRIAL CONFERENCE**<br>DATE:    August 9, 2021<br>CTRM:   7C<br>TIME:    2:00 p.m.<br><br>**TRIAL**<br>DATE:    August 24, 2021<br>CRTM:   7C<br>TIME:    8:30 a.m. |

The Plaintiffs, Hasmik Jasmine Chinaryan, her teenage daughter, and their friend Mariana Manukyan, were in an SUV pulled over by police officers employed by Defendants City of Los Angeles and the Los Angeles Police Department who followed "high-risk traffic stop" procedures.

The Plaintiffs contend that the high-risk tactics were not justified under the totality of the circumstances, and therefore the traffic stop was conducted in an unreasonable manner that deprived them of rights under the Fourth Amendment. Defendants deny Plaintiffs' contentions, and contend that their policies and practices did not cause a constitutional violation.

Respectfully submitted,

By: /s/ - John Burton[1]
    _____
    John Burton
    Attorneys for Plaintiffs

By: /s/ Ty A. Ford
    _____
Ty A. Ford, Deputy City Attorney
    Attorneys for Defendants

---

[1] I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.