**MICHAEL N. FEUER**, City Attorney (SBN 111529x)
**KATHLEEN A. KENEALY**, Chief Deputy City Attorney (SBN 212289)
**SCOTT MARCUS**, Senior Assistant City Attorney (SBN 184980)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**TY A. FORD**, Deputy City Attorney (SBN 218365)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7047
Fax No.:    (213) 978-8785
Email: ty.ford@lacity.org

*Attorneys for Defendants* **CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASMIK JASMINE CHINARYAN, Individually and as Guardian ad Litem for NEC, a Minor, and MARIANA MANUYAN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, CHIEF OF POLICE MICHEL MOORE, SERGEANT FRED CUETO, OFFICERS ROMERO GONZALEZ, MARIO MENSES, JEFF RODD, RODRIGO SORIA, AIRAM POTTER, DANIEL MARTINEZ, DANIEL GAYTON, EDUARDO PICHE, BRITTANY OKE, and DOES 8-10,<br><br>Defendants. | **CASE NO. 2:19-cv-9302 MCS (Ex)**<br>[Assigned to Hon. Mark C. Scarsi, USDC-1st Cthse., Ctrm. 7C; Magistrate Eick, Roybal-Cthse, Ctrm. 750]<br><br>**DEFENDANTS' [PROPOSED] VOIR DIRE QUESTIONS**<br><br><br>**FINAL PRE-TRIAL CONFERENCE**<br>DATE:   August 9, 2021<br>CTRM:   7C<br>TIME:    2:00 p.m.<br><br>**TRIAL**<br>DATE:   August 24, 2021<br>CRTM:   7C<br>TIME:    8:30 a.m. |

**TO THE ABOVE-ENTITLED COURT AND TO PLAINTIFFS AND THEIR COUNSEL OF RECORD**:

Defendants CITY OF LOS ANGELES, and LOS ANGELES POLICE DEPARTMENT ("Defendants") respectfully request the Court to ask the following proposed voir dire questions, or in the alternative, Defendants ask that the Court

formulate its own questions to inquire about the general subject matter of the categories listed below.

## EVIDENCE/BURDEN OF PROOF

1. Do each of you understand that the burden of proving this case rests solely with Plaintiffs?

2. Do each of you understand that the Defendants are not required to call any witnesses or produce any evidence?

3. Would any of you hold it against the Defendants if they elected not to call any witnesses or produce any evidence?

4. Do each of you understand that the Complaint in this case is merely an allegation and is not evidence of wrongdoing?

5. Does anyone on the panel of prospective JURORS feel that because Plaintiffs filed a lawsuit, the allegations are more likely true than not?

6. Does anyone on the panel of prospective JURORS feel that they would award Plaintiffs money just because the Plaintiffs were detained, even if the police officers' actions were reasonable and lawful?

## JURORS PRIOR EXPERIENCES WITH THE LOS ANGELES POLICE DEPARTMENT OR THE CITY OF LOS ANGELES

7. Do any of the prospective JURORS know any police officers?

8. Has anyone on the panel of prospective JURORS ever had a bad experience with the City of Los Angeles or any other municipality?

9. Has anyone on the panel of prospective JURORS ever had a bad experience with the Los Angeles Police Department or any other police department?

10. Does anyone on the panel of prospective JURORS know anyone who has a bad experience with the City of Los Angeles, the Los Angeles Police Department or any other police department or municipality?

11. Has anyone on the panel of prospective JURORS ever been injured by an employee of the City of Los Angeles or the Los Angeles Police Department?

12. Does anyone on the panel of prospective JURORS know anyone who has ever been injured by an employee of the City of Los Angeles or the Los Angeles Police Department?

13. Has anyone on the panel of prospective JURORS ever filed suit against the Los Angeles Police Department, the City of Los Angeles or any other police department or municipality?

14. Does anyone on the panel of prospective JURORS know anyone who has ever filed suit against the Los Angeles Police Department, the City of Los Angeles or any other police department or municipality?

15. Has anyone on the panel of prospective JURORS ever been a party to any litigation? And, if so, please state the nature of the claim and the substance of your involvement in the lawsuit.

16. Has anyone on the panel of prospective JURORS ever been employed by the City of Los Angeles in any capacity?

17. Has anyone on the panel of prospective JURORS ever made a claim for violation of his/her constitutional rights?

18. Does anyone on the panel of prospective JURORS know anyone who has made a claim for violation of his/her constitutional rights?

19. Has anyone on the panel of prospective JURORS ever filed a claim against the City of Los Angeles or any other governmental agency or municipality? If yes:

   a. Did you feel that you were treated fairly regardless of the result of the claim?

   b. Do you have any animosity toward the agency as a result of such claim?

**PROFESSIONAL, TECHNICAL AND/OR LEGAL BACKGROUNDS**

20. Do any of the prospective JURORS belong to any professional organization or community group? If yes, which one(s)?

21. Do any of the prospective JURORS have any legal training, any law enforcement experience or training or any military experience? If so:
   a. What is your knowledge and/or training or experience?
   b. Where, when and how did you acquire this knowledge and/or training?
   c. Do you think this would affect your ability to be a fair and impartial juror? If yes, why?

22. Do any of the prospective JURORS know anyone who has any legal training, any law enforcement experience or training, or any military experience or training?
   a. What is his/her knowledge and/or training or experience?
   b. What is your relationship with him/her?
   c. Do you think this would affect your ability to be a fair and impartial juror? If yes, why?

23. Do any of the prospective JURORS have any psychiatric or psychology experience, training or degrees?
   a. What is your knowledge and/or training or experience?
   b. Where, when and how did you acquire this knowledge and/or training?
   c. Do you think this would affect your ability to be a fair and impartial juror? If yes, why?

**QUESTIONS SPECIFIC TO THE FACTS OF THIS CASE**

24. Have any of the prospective JURORS ever been stopped by a police officer for a traffic violation that they felt was unfair?

25. Have any of the prospective JURORS ever been ordered out of their vehicle during a traffic stop, or been with another person who was ordered out of the vehicle during a traffic stop?

    a. If so, what were the circumstances? What occurred?

26. Do any of the prospective JURORS have ever experienced a situation where they believe a firearm was "pointed at" them or someone they were close to?

    a. If so, what were the circumstances?

    b. Did the situation involve a law enforcement officer?

27. Have any of the prospective JURORS ever witnessed an event where another person was being ordered out of their vehicle during a traffic stop?

    a. Was the person ordered to lie "prone" on the ground or street? What did you think about this?

28. Have any of the prospective JURORS ever been detained by a police officer in handcuffs?

29. Have any of the prospective JURORS ever witnessed another person who was detained in handcuffs by a police officer?

    a. If so, how did you feel about what you witnessed?

30. Do any of the prospective JURORS have anyone who they are close to who they believe were *unfairly* detained or unfairly handcuffed by a police officer?

## **MISCELLANEOUS**

31. Can you be completely fair and impartial towards the City of Los Angeles and the individual Defendants in this trial?

32. Do you promise to follow the law as the judge instructed whether you like it or do not like it or agree or disagree with it?

33. Is there anything that you think the Court, counsel or the parties should know about your qualifications to sit as a juror in this case?

34. Would any of you have difficulty making a common sense and reasoned decision based on the evidence presented in this case and without emotion or passion?

35. Do any of you feel that you would take money from the Defendants and give it to Plaintiffs, merely because you feel sympathy towards them?

36. Do any of you feel that Plaintiffs should recover something merely because they took the time and effort to file a lawsuit?

37. Are any of you acquainted with the name of the judge, any attorney, any party or witness to this case? If yes, please explain.

38. Would any of you prefer not to sit as a juror in this case for any reason other than economic hardship? If yes, please explain.

Dated: July 26, 2021          Respectfully submitted,

**MICHAEL N. FEUER**, City Attorney
**KATHLEEN A. KENEALY**, Chief Deputy City Atty.
**SCOTT MARCUS**, Senior Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By: __/s/ Ty A. Ford__
     **TY A. FORD**, Deputy City Attorney
*Attorneys for Defendants*
**CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT**