# LIST OF EXHIBITS AND WITNESSES

| Case Number | 2:19-cv-09302-MCS-E | Title | Hasmik Jasmine Chinaryan et al v. City of Los Angeles et al |
|---|---|---|---|
| Judge | Mark C. Scarsi, United States District Judge | | |
| Dates of Trial or Hearing | 9/21/2021, 9/22/2021, 9/23/2021; 9/24/2021 | | FILED CLERK, U.S. DISTRICT COURT SEP 2 4 2021 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY |
| Court Reporters or Tape No. | KATIE THIBODEAUX | | |
| Deputy Clerks | Stephen Montes Kerr | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| John C. Burton | Ty A. Ford |
| Shaleen A. Shanbhag | |
| ~~Matthew Sahak~~ | |

| Plaintiff(s) or Petitioner(s) ||| Defendant(s) or Respondent(s) ||| EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| | | | | | | WIT RAMIRO GONZALEZ 9-21-21 | π |
| | | | | | | " 9-22-21 | π |
| | | | | | | WIT JEFFREY NOBLE 9-22-21 | π |
| | | | | | | WIT HASMIK JASMINE CHINARYAN 9-22-21 | π |
| | | | | | | WIT MARIANA MANUKYAN 9-22-21 | π |
| | | | | | | WIT NARE CHINARYAN 9-22-21 | π |
| | | | | | | READ DEPO OF FRED CUETO " | π |
| | | | | | | " 9-23-21 | π |
| | | | | | | WIT MARIO MENESES " | Δ |
| | | | | | | WIT BRITTANY JEAN PRIMO " | Δ |
| | | | | | | WIT EDUARDO PICHE " | Δ |
| | | | | | | WIT JEFF ROOD " | Δ |
| | | | | | | WIT RODRIGO SORIA " | Δ |
| | | | | | | WIT ZACHARY NEIGHBORS " | Δ |
| 19b | ✓ | ✓ | | | | DASH-CAM VIDEO " | " |
| | | | | | | WIT DANIEL EATON " | Δ |
| | | | | | | WIT AYRAM VIOLET POTTER " | Δ |
| | | | | | | WIT ANDREW KUKLA 9-24-21 | Δ |
| | | | | | | WIT EDWARD FLOSI " | Δ |
| | | | 36-A | ✓ | ✓ | ADD'L PAGES OF LD 22 CHAPTER I | " |

| Exhibit Number | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1 | LAPD Stolen Vehicle Report (DEF 076-077) | | | |
| 2 | LAPD Radio Traffic (audio file) | | | |
| 2(a) | Transcript of excerpts of LAPD Radio Traffic audio file | | | |
| 3 | Incident Recall document (DEF 001-004) | | | |
| 4 | MDC Printouts (DEF 005-010) | | 9-21-21 | 9-21-21 |
| 5 | LAPD Recovered Vehicle Report (DEF 080-082) | | | |
| 6 | BWV – Sgt. Cueto (DEF 044) | | 9-22-21 | 9-22-21 |
| 6a | Clip from BWV – Sgt. Cueto (DEF 044) | | | |
| 6b | Clip from BWV – Sgt. Cueto (DEF 044) | | 9-23-21 | 9-23-21 |
| 6c | Clip from BWV – Sgt. Cueto (DEF 044) | | 9-23-21 | 9-23-21 |
| 6d | Clip from BWV – Sgt. Cueto (DEF 044) | | | |
| 6f | Clip from BWV – Sgt. Cueto (DEF 044) | | 9-23-21 | 9-23-21 |

| | | | | |
|---|---|---|---|---|
| 7 | BWV – Officer Meneses #1 (DEF 048) | | | |
| 7a | Clip from BWV – Officer Meneses #1 (DEF 048) | | 9-22-21 | 9-22-21 |
| 7b | Clip from BWV – Officer Meneses #1 (DEF 048) | | 9-23-21 | 9-23-21 |
| 7c | Clip from BWV – Officer Meneses #1 (DEF 048) | | 9-22-21 | 9-22-21 |
| 7d | Clip from BWV – Officer Meneses #1 (DEF 048) | | | |
| 8 | BWV – Officer Meneses #2 (DEF 049) | | | |
| 9 | BWV – Officer Gonzalez (DEF 046) | | | |
| 9a | Clip from BWV – Officer Gonzalez (DEF 046) | | 9-21-21 | 9-21-21 |
| 9b | Clip from BWV – Officer Gonzalez (DEF 046) | | 9-21-21 | 9-21-21 |
| 9c | Clip from BWV – Officer Gonzalez (DEF 046) | | 9-21-21 | 9-21-21 |
| 9d | Clip from BWV – Officer Gonzalez (DEF | | 9-21-21 | 9-21-21 |

|     |     |     |     |     |
| --- | --- | --- | --- | --- |
|     | 046) |     |     |     |
| 9e  | Clip from BWV – Officer Gonzalez (DEF 046) |     |     |     |
| 9f  | Clip from BWV – Officer Gonzalez (DEF 046) |     | 9-23-21 | 9-23-21 |
| 9g  | Clip from BWV – Officer Gonzalez (DEF 046) |     | 9-22-21 | 9-22-21 |
| 10  | BWV – Officer Primo (DEF 053) |     | 9-22-21 | 9-22-21 |
| 10a | Clip from BWV – Officer Primo (DEF 053) |     | 9-22-21 | 9-22-21 |
| 10b | Clip from BWV – Officer Primo (DEF 053) |     | 9-23-21 | 9-23-21 |
| 11  | BWV – Officer Potter (DEF 052) |     |     |     |
| 11a | Clip from BWV – Officer Potter (DEF 052) |     | 9-22-21 | 9-22-21 |
| 11b | Clip from BWV – Officer Potter (DEF 052) |     | 9-23-21 | 9-23-21 |
| 11c | Clip from BWV – Officer Potter (DEF 052) |     | 9-23-21 | 9-23-21 |
| 12  | BWV – Officer Rood #1 (DEF 054) |     |     |     |
| 13a | BWV – Officer Rood #2 (DEF |     | 9-23-21 | 9-23-21 |

4

| | | | | | |
|---|---|---|---|---|---|
| | | 055) | | | |
| | 14 | BWV – Officer Soria #1 (DEF 056) | | | |
| | 15 | BWV – Officer Soria #2 (DEF 057) | | | |
| | 15a | Clip from BWV – Officer Soria #2 (DEF 057) | | | |
| | 15b | Clip from BWV – Officer Soria #2 (DEF 057) | | 9-22-21 | 9-22-21 |
| | 16 | BWV – Officer Gayton (DEF 045) | | | |
| | 16a | Clip from BWV – Officer Gayton (DEF 045) | | 9-21-21 | 9-21-21 |
| | 16b | Clip from BWV – Officer Gayton (DEF 045) | | 9-21-21 | 9-21-21 |
| | 17 | BWV – Officer Martinez (DEF 047) | | 9-22-21 | 9-22-21 |
| | 17a | Clip from BWV – Officer Martinez (DEF 047) | | 9-22-21 | 9-22-21 |
| | 17b | Clip from BWV – Officer Martinez (DEF 047) | | | |
| | 17c | Clip from BWV – Officer Martinez (DEF 047) | | | |

5

|  |  |  |  |  |
|---|---|---|---|---|
| 17d | Clip from BWV – Officer Martinez (DEF 047) |  |  |  |
| 17e | Clip from BWV – Officer Martinez (DEF 047) |  |  |  |
| 17f | Clip from BWV – Officer Martinez (DEF 047) |  | 9-23-21 | 9-23-21 |
| 18 a | BWV – Officer Piche (DEF 051) |  | 9-23-21 | 9-23-21 |
| 19 | BWV – Officer Neighbors (DEF 050) |  |  |  |
| 19a | BWV – Officer Neighbors (DEF 050) |  | 9-23-21 | 9-23-21 |
| 20 | DICV – Sgt. Cueto (DEF 063) |  |  |  |
| 21 | DICV – Meneses/Gonzalez (DEF 059) |  |  |  |
| 21a | Clip from DICV – Meneses/Gonzalez (DEF 059) |  | 9-21-21 | 9-21-21 |
| 22 | DICV – Primo/Piche (DEF 062) |  |  |  |
| 23 | DICV – Potter/Martinez (DEF 060) |  |  |  |
| 24 | DICV – Rood/Soria (DEF 058) |  |  |  |

6

| | | | | |
|---|---|---|---|---|
| 25 | DICV – Gayton/Neighbors (DEF 061) | | | |
| 26 | CAD Summary Reports (DEF 011-017) | | | |
| 27 | LAPD Manual Excerpts (DEF 018-020) | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | | |
| 28 | LAPD Training Bulletin – Legal Contacts with the Public (DEF 021-029) | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | | |
| 29 | LAPD Training Bulletin – Personal Searches, High Risk Prone Search (DEF 030-035) | | 9-21-21 | 9-21-21 |
| 30 | LAPD Training Bulletin – Handcuffing (DEF 036-039) | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | | |
| 31 | LAPD Training Bulletin – Personal Searches, The Pat Down Search (DEF 040-043) | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | | |
| 32 | LAPD Property Report (DEF 064-066) | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | | |

| | | | | |
|---|---|---|---|---|
| 33 | Sgt. Cueto's Daily Report (DEF 067-069) | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | | |
| 34 | LAPD Training Bulletin – Stolen Vehicle Recovery Network– (DEF 070-075) | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | | |
| 35 | Misc. LAPD documents related to recovered vehicle (DEF 076-082) | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | | |
| 36 | Excerpts from POST LD 22 re: "Tactical Considerations for High-Risk Vehicle Pullovers" (MSJ Ex. "N") | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | 9-21-21 | 9-21-21 |
| 37 | Interrogatory Responses - Chinaryan | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | | |
| 38 | Interrogatory Responses - NEC | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | | |
| 39 | Interrogatory Responses – Manukyan | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | | |

| | | | | |
|---|---|---|---|---|
| 40 | Defense Expert Designation and Rule 26 Report, CV, etc. – Ed Flosi | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | 9-24-21 | |
| 41 | Plaintiffs' Expert Rule 26 Report, CV, etc. – Jeff Noble | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | | |
| 42. | Proof of Insurance | | | |
| 43. | Vehicle Registration | | | |
| 44. | Officer Meneses' Card left with Plaintiffs | | | |
| 45. | Event 4 Traffic Enforcement LD22 (Kukla Ex. 2) | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | 9-24-21 | |
| 46. | Event 4 Traffic Enforcement LD22 (Kukla Ex. 3) | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | 9-24-21 | |
| 47. | LAPD Use of Force Policy 556 (Kukla Ex. 4) | Marked for ID. The parties will attempt to reach agreement on which portions, if any, should go to the jury | 9-22-21 | 9-22-21 |
| 48. | LAPD Firearms and Tactics Section – Firearms Safety Rules (DEFT 2021 in Villegas) | | 9-23-21 | 9-23-21 |

| | | | | |
|---|---|---|---|---|
| 49. | LAPD Firearms and Tactics Section – Low Ready Position (DEFT 2014 in Villegas) | | 9-21-21 | 9-21-21 |
| 50. | Peace Officer Standards and Training ("POST") Learning Domain 35, Firearms Safety (pp. 1-2 through 1-4) | | 9-22-21 | 9-22-21 |
| 51. | Still Photo from DICV – Meneses/Gonzalez (DEF 059) | | | |
| 52. | Still Photo from DICV – Meneses/Gonzalez (DEF 059) | | | |
| 53. | Still Photo from DICV – Meneses/Gonzalez (DEF 059) | | | |
| 54. | Still Photo from BWV – Officer Primo (DEF 053) | | | |
| 55. | Still Photo from BWV – Officer Primo (DEF 053) | | | |
| 56. | Still Photo from BWV – Officer Potter (DEF 052) | | | |
| 57. | Still Photo from BWV – Officer Martinez (DEF 047) | | | |
| 58. | Still Photo from BWV – Officer Potter | | | |

| # | Description | | | |
|---|---|---|---|---|
| | (DEF 052) | | | |
| 59. | Still Photo from BWV – Officer Primo (DEF 053) | | | |
| 60. | Still Photo from BWV – Officer Gayton (DEF 045) | | | |
| 61. | Still Photo from BWV – Officer Gonzalez (DEF 046) | | 9-21-21 | 9-21-21 |
| 62. | Still Photo from BWV – Sgt. Cueto (DEF 044) | | | |
| 63. | Still Photo from BWV – Sgt. Cueto (DEF 044) | | | |
| 64. | Still Photo from BWV – Sgt. Cueto (DEF 044) | | 9-22-21 | 9-22-21 |
| 65. | Still Photo from BWV – Sgt. Cueto (DEF 044) | | 9-23-21 | 9-23-21 |
| 66. | Still Photo from BWV – Sgt. Cueto (DEF 044) | | 9-23-21 | 9-23-21 |
| 67. | Still Photo from BWV – Sgt. Cueto (DEF 044) | | 9-23-21 | 9-23-21 |
| 68. | Still Photo from BWV – Sgt. Cueto (DEF 044) | | 9-23-21 | 9-23-21 |
| 69. | Still Photo from BWV – Officer Gonzalez (DEF 046) | | 9-23-21 | 9-23-21 |
| 70. | Still Photo from BWV – Officer Gonzalez (DEF 046) | | 9-23-21 | 9-23-21 |
| 71. | Still Photo from BWV – Officer | | 9-23-21 | 9-23-21 |

11

| | | | | |
|---|---|---|---|---|
| | | Neighbors (DEF 050) | | |
| | 72. | Still Photo from BWV – Officer Potter (DEF 052) | | 9-23-21 | 9-23-21 |
| | 73. | Still Photo from BWV – Officer Potter (DEF 052) | | 9-23-21 | 9-23-21 |
| | 74. | Still Photo from BWV – Officer Potter (DEF 052) | | 9-23-21 | 9-23-21 |
| | 75. | Still Photo from BWV – Officer Primo (DEF 053) | | 9-23-21 | 9-23-21 |
| | 76. | Still Photo from BWV – Officer Primo (DEF 053) | | 9-23-21 | 9-23-21 |
| | 77. | Still Photo from BWV – Officer Primo (DEF 053) | | 9-23-21 | 9-23-21 |
| | 78. | Still Photo from BWV – Officer Primo (DEF 053) | | 9-23-21 | 9-23-21 |
| | 79. | Still Photo from BWV – Officer Primo (DEF 053) | | 9-23-21 | 9-23-21 |
| | 80. | Still Photo from BWV – Officer Primo (DEF 053) | | 9-23-21 | 9-23-21 |
| | 81. | Still Photo from BWV – Officer Primo (DEF 053) | | 9-23-21 | 9-23-21 |
| | 82. | Still Photo from BWV – Officer Primo (DEF 053) | | 9-23-21 | 9-23-21 |
| | 83. | Still Photo from BWV – Officer Rood (DEF 055) | | 9-23-21 | 9-23-21 |
| | 84. | Still Photo from BWV – Officer Rood | | 9-23-21 | 9-23-21 |

| | | | | |
|---|---|---|---|---|
| | (DEF 055) | | | |
| 85. | Still Photo from BWV – Officer Rood (DEF 055) | | 9-23-21 | 9-23-21 |
| 86. | Still Photo from BWV – Officer Rood (DEF 055) | | 9-23-21 | 9-23-21 |
| 87. | Still Photo from BWV – Officer Rood (DEF 055) | | 9-23-21 | 9-23-21 |
| 88. | Still Photo from BWV – Officer Soria (DEF 057) | | 9-23-21 | 9-23-21 |
| 89. | Google Map of Location | | 9-23-21 | 9-23-21 |

Dated: September 20, 2021    Respectfully submitted,

**MICHAEL N. FEUER**, City Attorney
**KATHLEEN A. KENEALY**, Chief Deputy City Atty.
**SCOTT MARCUS**, Senior Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By:  /s/ Ty A. Ford
         **TY A. FORD**, Deputy City Attorney
*Attorneys for Defendants*
**CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, RAMIRO GONZALEZ, MARIO MENESES, FRED CUETO, DANIEL GAYTON, EDUARDO PICHE, AIRAM POTTER, JEFF ROOD, RODRIGO SORIA and BRITTANY PRIMO**