**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASMIK JASMINE CHINARYAN, Individually and as Guardian Ad Litem for NEC, a Minor; MARIANA MANUKYAN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; CHIEF OF POLICE MICHEL MOORE; OFFICER ROMERO GONZALEZ; OFFICER MARIO MENESES; SERGEANT FRED CUETO; OFFICER RODRIGO SORIA; OFFICER AIRAM POTTER; OFFICER BRITTANY OKE; OFFICER JEFF ROOD; OFFICER DANIEL MARTINEZ; OFFICER DANIEL GAYTON; OFFICER EDUARDO PICHE; and, DOES 8-10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-09302-MCS-E<br><br>**FINAL JUDGMENT** |

///

1

Pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, and by reason of the Court's orders in this action and the jury's special verdict, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

By reason of the special verdict, prior dismissals by Plaintiffs, and the Court's ruling on Defendants' Motion for Summary Judgment, Plaintiffs HASMIK JASMINE CHINARYAN, individually and as Guardian Ad Litem for NEC, and MARIANA MANUKYAN recover nothing by reason of each and all of their claims as set forth in the First Amended Complaint against CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, CHIEF OF POLICE MICHEL MOORE, OFFICER ROMERO GONZALEZ, OFFICER MARIO MENESES, SERGEANT FRED CUETO, OFFICER RODRIGO SORIA, OFFICER AIRAM POTTER, OFFICER BRITTANY OKE, OFFICER JEFF ROOD, OFFICER DANIEL MARTINEZ, OFFICER DANIEL GAYTON, and OFFICER EDUARDO PICHE. Judgment is entered in favor of all Defendants.

Defendants may file an Application to the Clerk to Tax Costs. C.D. Cal. L.R. 54-2. The Court will address any arguments both Parties raise concerning Defendants' ability to recover costs upon the filing of a Motion to Retax Costs. Fed. R. Civ. P. 54(d)(1).

**IT IS SO ORDERED.**

Dated: October 12, 2021

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE